# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGRIGO DE CASES, | CASE NO. 1:11-cv-1813-MJS (PC) |
| Plaintiff, | ORDER TO PLAINTIFF TO PRODUCE DOCUMENTS |
| v. | |
| THE STATE DEPARTMENT OF HEALTH, et al. | |
| | RESPONSE DUE WITHIN THIRTY DAYS |
| Defendants. | |

Plaintiff Rogrigo De Cases[1] ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 4.)

Plaintiff initiated this action on October 31, 2011. (Compl., ECF No. 1.) The Court has yet to screen Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A.

In his Complaint, Plaintiff refers to an action in the Superior Court of the State of California, Fresno County, addressing whether Coalinga State Hospital, where Plaintiff is incarcerated, could continue its involuntary administration of anti-psychotic medication to Plaintiff. (Id. at 2, 8). The decision in that case may impact this one. However, Plaintiff has not described, nor included any documents describing, the status or resolution of that case.

Accordingly, within **thirty (30) days** of entry of this Order, Plaintiff is ordered to produce a copy of any final order and judgment issued in that case (believed to be In re

---

[1] Plaintiff spells his name as "Rogrigo De Cases" and "Rodgrigo De Casas" in his Complaint.

-1-

1  Rodrigo De Casas, 10CRWR680131) or if none is yet available, Plaintiff shall submit a
2  short description, **no longer than two pages in length**, of the status of the state action.
3
4  IT IS SO ORDERED.
5  Dated:    March 28, 2012              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE